LAW OFFICES OF PANOS LAGOS
Panos Lagos, Esq. / SBN 61821
5032 Woodminster Lane
Oakland, CA 94602
(510)530-4078
(510)530-4725/FAX
panoslagos@aol.com

Attorney for Plaintiff,
JAQUETTA LAWSHON HARRIS,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAQUETTA LAWSHON HARRIS, | ) Case No.: C 12-03402 YGR |
|---|---|
| Plaintiff, | ) STIPULATION [AND ORDER] OF<br>) DISMISSAL WITH PREJUDICE |
| v. | ) |
| CITY OF MARTINEZ,<br>MARTINEZ POLICE DEPARTMENT,<br>GARY PETERSON, in his capacity as<br>Chief of Police of the City of Martinez,<br>Corporal TYSON MUNCHER [Badge #84],<br>individually and in his capacity as a Peace Officer<br>for the City of Martinez, and DOES 1 – 200, jointly<br>and severally, | ) |
| Defendants. | ) |

The parties hereto, by and through their respective attorneys of record, having fulfilled the terms of the parties' settlement, hereby agree and stipulate that the entire action and all Claims asserted by Plaintiff be dismissed with prejudice forthwith.

IT IS SO STIPULATED.

Dated: November 16, 2012

LAW OFFICES OF PANOS LAGOS

_____
Panos Lagos, Esq.
Attorney for Plaintiff,
JAQUETTA LAWSHON HARRIS

///

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE                              - 1 -

Harris v. City of Martinez, et al.
USDC (ND) Case No.: C 12-03402 YGR

Dated: November 16, 2012     EDRINGTON, SCHIRMER & MURPHY LLP

*(signature)*

Keith R. Schirmer
Attorney for Defendants CITY OF MARTINEZ, MARTINEZ POLICE DEPARTMENT, TOM J. SIMONETTI, ZACHARY POERTNER and CORPORAL TYSON MUNCHER

## ORDER

Pursuant to the Stipulation of the parties,

IT IS ORDERED that:

1. The entire action and all Claims asserted by Plaintiff is hereby dismissed with prejudice.

Dated: November 21, 2012

*(signature)*

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE     -2-

*Harris v. City of Martinez, et al.*
USDC (ND) Case No.: C 12-03402 YGR